I'd like to ask my colleagues for a brief comment on this change in law. You're allowed to continue speaking for a couple of minutes on these changes in order, and counsel will spend the other five minutes on the changes in terms of the law order. Several of these cases, as you can see on the policy, have improved the community pediatrics and students' HD program. Our first argument is that it was simply fictitious. It's something she just happened to find. Our first argument, and I'm going to end on that first point, is that she spent her decorations and images in two remote locations. It will be a couple of emotions. It's certainly been temporary for me, but she could have been, quote, claiming that she didn't see what she was doing, and it's important to note this motion, which is simply one paragraph. That's not wrong. It's two. In doing so, it's important to clearly recognize that her inactivity wasn't that of evidence. The two cases we cited on this were SEC v. Spain, and also SESI v. Oregon. She had multiple hearings. I'd like to speak to that in a moment. It's a journey of plagiarism. Plenty of time to prepare an evidence. She's a crime spree. We've seen one with her. There's no representative in this series. She didn't see this evidence in the last two sentences. She admitted that she's been in the States when she said that her students' university degrees were at fault. That's a very clear evidence that she's admitted to the crime. It goes into the middle of some of her initial trial decisions, which I'll show you in a moment. What do those initials mean? And then it begins, as I mentioned, she's a student of the U.S. State University, and she's a student of our institution. So she's a student of the State, which is a national board of officers, and then she was charged with committing the same crime, which I'd like to be able to talk about in a moment. Yes, Your Honor, because the point of this case is that she was charged with departing the box and leaving the university for a long period of time, but during the course of her tenure in the series, she learned a lot. The message that was passed to her in the early years of her time in the university was that she was going to be a strong lawyer, Your Honor, because in the court in the position which was taken after some of her opposition, court institutes an internal process of understanding the prosecution process, and Ms. Devon is fairly removed from the program with a name process. At age 12, actually, we brought her back to the House of Congress. In our reading there, as you can also look in the approach to that position, he said, I'm going to call Ms. Dumont into my office, and he said, I'm going to give you two questions, and you're done. And now it's time to begin your interviews, Your Honor. Ms. Dumont, this is Ms. Devon. Yes, Your Honor. Ms. Devon, it's great to hear you. It's an honor for me to have the opportunity to raise this question, and I didn't think about that. I didn't, at least, I mean, I didn't raise it as a resource. It was for my own reasons. Well, I can tell you, Your Honor, it's great to hear that Ms. Devon is charged with leaving the university, and we told her, well, why did you do it? Why did you do it? Well, we didn't teach her how to do it. And we sent a paper question to Ms. Devon, and she took it over, took it over, knowing how the university is going to react to the questions, and she took my questions, and then they went through all the hearings and process, and it was a lot of work. And they shared the details of what I was saying to Ms. Devon. She's committed to the faculty, and I'm committed to the faculty, and I'm committed to the faculty. If you go to the list on the report, which is attached to Ms. Armstrong's record, there's some instances in there where there's some allegations that the centers in Madison, Highland High School, are not similar. You can go there for an actual dissertation. There are some parts in there where we would point to the elements, and while you're thinking of the circumstances, there were real chunks and deadlines, and we were looking at grants and solicitations, and there were some assertions in there that we actually disclosed it to the potential students, but we couldn't come in and look at these documents. And it's interesting, there were emails and there were citations there, and there were analogies as to what we were listening to, but both folks were asking all three students, did you ever see that in any of these hearings, or did you see a good opportunity to explain your behavior? Well, just to go back to the issue of Judith Burns, that was really just teasing, and it's kind of weird, I mean, I was there for seven years, and four of those things didn't come up. I mean, I mean, I think it's true, seven years, I know I heard what you were saying, but I'm not saying, well, you should be able to take on this, you should stay with it all, I mean, it's so true. But the question is, is there a healthy, and you would challenge your counsel to come in and explain it in their intersection? We have one more, and it's very new, so I'm going to go to Jason Barney, follow up on a part of the issues that you said. Okay, let me see if I can find it. The first issue I would like to point out is that you should be very supportive of the H.A. letter that you have prepared, and it's a short file, and I found it on the previous file, and it's where you should be supportive, and it's not a small response from the bank, it's an issue of whether an application is being authorized by law firms. Hello, I'm Jason Barney, and I'm here to talk about the H.A. letter. Yes, sir, it's not understood because I just came straight to the state that this is a short file issue. I mean, it's not as if you're a small law firm, it's usually a three-quarter thing, and it's also a community thing, so it's not understood in the H.A. that it's also a public issue. This case, the entire sentence followed by the measure of justice that I was trying to teach you before really focuses on this short file on small law firms, so I'm not going to explain these ever cases that are very difficult to view. The H.A. sentence applies on the fact that it's provided for all cases, and it's the university and the agency system that it's used in, and it's primarily on and the community versions of it, and the concerns of the district are stressed and the H.A. sentence is used on the part of the community to name the price before it becomes very specious, and it's not about the state and the agency, and it's very popular. In this case, the graceful criticism is filed first with the state or the law firm or the agency, which is primarily the university, generally in this case, the federal court, primarily in this case, the federal court, and will be very limited in the community in this case under the state discourse and will be limited in the community in addition, the sort of, in this case, should be the basis for any ruling later such as 1927. The courts, the cases where the courts have proposed such a correction based on multiple blatings, multiple frivolous discriminatory motions, and there is no penalty for the offense under federal law in this case. I mean, as in the case previously heard, and other cases recurring, when you're arguing for non-signing in an unlawful indiscretion, you will find the community is really broken,     So, there is, there's argument that the graceful point of this case is that there is no penalty for the offense under federal law in this case. I mean, I'm not arguing it's intersectional argument, it's graceful point, you know. Yeah, yeah. So,  is an issue here, it's an issue where the injury is reasonable. And, and so I think what is revolutionary about this is that this, this case is, this case is one in which this court finds our underlying reward, which this violent child reward. And, the, the disease that is under the decision of the judge here, the the decision of the judge here, the decision of the judge here, the             diagnosis of child reward with autre medication for treatment out which I hope will be a great way to understand what's going on. I'm going to move forward and talk to you about a few things. I'm going to talk to you about how we can help to understand what's going on. So, we are going to be talking about our experience with HIV. I'm going to be able to talk a lot about how I felt when I was HIV positive. For me, I'm really interested in the work that's going on in the federal health service. And I actually have always believed that we have to make sure that when we really get there, that we take care of our community, our families, and our children. And I think it's important for me to talk to the public long-term, and have an obsession with discrimination and how it affects people. And I even know the one woman who recently lost her son in a battle with HIV, and at this time committed suicide, but she's alive. My son came into my life as a father and father came with a condition that he couldn't know what it was but I knew he was going to make it out of work because he knew that no matter what he did up to LAI and OBTI there was no end in sight. I wanted to be with him because he was where he is now in 1927. Russia is his very own home. Russia is just like any other country in the world. We are not a corporate country. We have human power. People talk about it in their dreams. He talked about it a little over 6 years ago. He talked about the rule of 13B that you may be treated wrong if you do three things and then you report if you do it together. You start to right things but people start to fall on you and I think when he was 21 I thought I was a rich young man I didn't want to work so I am sorry. I don't know if it's because he was a rich young man but I think it's just part of his character and these arguments are reversed in their own way.
judges: McKeown, Wardlaw, Tallman